SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1.  *Intake Clerk* *

  2.  *Case Administrator*

FROM:  *Financial Administrator*

DATE:  8/5/2016

CASE NAME:  Smith

CASE NUMBER:  15-70753-JAD

---

Check Number 1004801 in the amount of $ 991.82 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number:  11648        Intake Clerk's Initials  MF

---

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

08/04/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: BARRY R. SMITH

Case No: 15-70753JAD

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Deutsche Bank National Trust Co - Trustee
C/O Jpmorgan Chase Bank Na
3415 Vision Drive Dept-Oh47142
Columbus,OH 43219

CHECK NUMBER 1004801      AMOUNT $991.82

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                                /s/ Jackie Blough
                                                Administrative Assistant
                                                for Ronda J. Winnecour, Esq.
                                                Chapter 13 Trustee

CC:MICHAEL N VAPORIS ESQ
BARRY R. SMITH

Deutsche Bank National Trust Co - Trustee