SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:** 1. *Intake Clerk* *

2. *Case Administrator*

**FROM:** *Financial Administrator*

**DATE:** 10/14/2016

**CASE NAME:** Smith

**CASE NUMBER:** 15-70753-JAD

---

Check Number 101217 in the amount of $ 2,880.00 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 11920           **Intake Clerk's Initials** NF

---

\*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

*[FILED stamp: OCT 14 P 4:20, CLERK U.S. BANKRUPTCY COURT PITTSBURGH]*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
10/06/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: BARRY R. SMITH

Case No: 1570753

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Barry R. Smith
19019 Route 286 Hwe
Po Box 104
Hillsdale, PA 15746

CHECK NUMBER 1012817    AMOUNT $2880.00

The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate debtor(s)

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee