**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BARRY R. SMITH

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-70753 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/30/2015 and confirmed on 12/17/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,680.00 |
| Less Refunds to Debtor | 768.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,912.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 970.47 | |
|    Trustee Fee | 159.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,130.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 1,909.77 | 0.00 | 1,909.77 |
|   Acct: 6733 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 21,193.15 | 0.00 | 0.00 | 0.00 |
|   Acct: 6733 | | | | |
| INDIANA COUNTY MUNIC SVC AUTH | 2,748.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXX1:11 | | | | |
| INDIANA COUNTY MUNIC SVC AUTH | 551.45 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXX2006 | | | | |
| | | | | 1,909.77 |
| **Priority** | | | | |
| MICHAEL N VAPORIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARRY R. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARRY R. SMITH | 1,152.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BARRY R. SMITH | 1,728.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   BARRY R. SMITH | 768.00 | 768.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF MICHAEL N VAPORIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL N VAPORIS ESQ | 2,000.00 | 970.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 991.82 | 991.82 | 0.00 | 991.82 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXRUST | | | | |
|   CLERK, U S BANKRUPTCY COURT | 2,880.00 | 2,880.00 | 0.00 | 2,880.00 |
|     Acct: XXXXXXXXXXXX0753 | | | | |
| | | | | 3,871.82 |
| **Unsecured** | | | | |
|   AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX5643 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 769 | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX3151 | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX5790 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS      5,781.59

TOTAL CLAIMED
PRIORITY      3,871.82
SECURED      24,492.60
UNSECURED      0.00

Date: 11/04/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com