IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Barry R. Smith<br><br>    Debtor(s) | Bankruptcy No. 15-70753-JAD<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Barry R. Smith<br><br>    Respondent(s) | Related To Doc. No. 39 |

ORDER OF COURT

AND NOW, this 27th day of Feb, 2017, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before **June 30, 2017**.

BY THE COURT:

_____
Jeffery A. Deller
Chief Bankruptcy Judge (WDPA)

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
2/27/17 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Smith  
    Debtor

Case No. 15-70753-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Feb 27, 2017  
                      Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.

```
db              #+Barry R. Smith,    19019 Route 286 HWY E PO Box 104,    Hillsdale, PA 15746-0104
14138765          AFNI Inc,    PO Box 3068,    Bloomington, IL 61702-3068
14129884         +Deutsche Bank National Trust Co.,    Victoria W. Chen, Esquire,    c/o 3415 Vision Drive,
                   Columbus, OH 43219-6009
14194688         +Deutsche Bank National Trust Company, as Trustee f,    Chase Records Center,
                   Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14138768         +Indiana Cty Municipal Services Authority,    602 Kolter Dr.,    Indiana, PA 15701-3570
14129885         +KML Law Group P.C.,    Ste 5000 - BNY Independence Ctr,    701 Market St.,
                   Philadelphia, PA 19106-1538
14138770          US Department of Education,    c/o PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14138771         +Verizon Wireless Bankruptcy Administrati,    500 Technology Drive,    Suite 550,
                   Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14138766          E-mail/Text: hariasdiaz@creditmanagementcompany.com Feb 28 2017 02:50:03
                   Credit Management Co,    2121 Noblestown Rd.,    PO Box 16346,    Pittsburgh, PA 15242-0346
                                                                                            TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Deutsche Bank National Trust Company, Et Al...
14138767*        +Deutsche Bank National Trust Co.,    Victoria W. Chen, Esquire,    c/o 3415 Vision Drive,
                   Columbus, OH 43219-6009
14138769*        +KML Law Group P.C.,    Ste 5000 - BNY Independence Ctr,    701 Market St.,
                   Philadelphia, PA 19106-1538
                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bkgroup@kmllawgroup.com
              Michael N. Vaporis    on behalf of Debtor Barry R. Smith mvaporis@comcast.net,
               jlcerovich@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 5
```