IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BARRY R. SMITH,<br><br>        Debtor,<br><br>BARRY R. SMITH,<br><br>        Movant/Claimant,<br><br>   v.<br><br>BARRY R. SMITH, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>        Respondents | Bankruptcy No. 15-70753-JAD<br><br>Chapter 13<br><br>Related to Doc. Nos. 45 and 47 |

CERTIFICATE OF SERVICE OF MOTION TO REOPEN BANKRUPTCY and
<u>NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION</u>

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on May 19, 2017.

    The types of service made on the parties were:

By Email:

Michael N.Vaporis, Esq.					mvaporis@comcast.net

and,

By First-Class Mail to the following parties:

Barry R. Smith
19019 Route 286 HWY E PO Box 104
Hillsdale, PA 15746

Ronda J. Winnecour
Chapter 13 Trustee
600 Grant Street, Ste 3250
Pittsburgh, PA 15219

United States Attorney's Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

David Berry Bankruptcy Analyst
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8107
Fax: 412-456-8135

Counsel for Barry R. Smith