IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-70753-JAD |
| BARRY R. SMITH, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 49 and 50 |
| BARRY R. SMITH, | |
| Movant/Claimant, | |
| v. | |
| BARRY R. SMITH, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

CERTIFICATE OF SERVICE OF MOTION FOR ORDER
DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.and
<u>NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION</u>

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on May 19, 2107.

    The types of service made on the parties were:

By Email:

  Michael N.Vaporis, Esq.                                mvaporis@comcast.net

and,

By First-Class Mail to the following parties:

| | |
|---|---|
| Barry R. Smith<br>19019 Route 286 HWY E PO Box 104<br>Hillsdale, PA 15746 | Ronda J. Winnecour<br>Chapter 13 Trustee<br>600 Grant Street, Ste 3250<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>United States Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | David Berry Bankruptcy Analyst<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8107
Fax: 412-456-8135

Counsel for Barry R. Smith