IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-70753-JAD |
| BARRY R. SMITH, | Chapter 13 |
| Debtor, | Related to Doc. No. 45 |
| BARRY R. SMITH, | |
| Movant/Claimant, | |
| v. | |
| BARRY R. SMITH, and RONDA J. WINNECOUR, Ch. 13Trustee | |
| Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen Bankruptcy, filed at Doc. No. 45, and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than June 5, 2017.  It is hereby respectfully requested that the Order attached to the Movant's Motion to Reopen Bankruptcy case be entered by the Court.

Dated: June 6, 2017

Respectfully submitted,

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8107
Fax: 412-456-8135

Counsel for Barry R. Smith