**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-70753-JAD |
|---|---|
| BARRY R. SMITH, | Chapter 13 |
| Debtor, | Related to Doc. No. 45 |
| BARRY R. SMITH, | |
| Movant/Claimant, | |
| v. | |
| BARRY R. SMITH, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

ORDER OF COURT

AND NOW, this 9th day of June, 2017, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) it is hereby ORDERED that the Barry R. Smith bankruptcy is reopened.

BY THE COURT:

_____
Hon. Jeffery A. Deller
United States Bankruptcy Court Judge

CASE ADMINISTRATOR SHALL SERVE:
Barry R. Smith
Michael N. Vaporis, Esquire
Ronda J. Winnecour, Esquire

FILED
6/9/17 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 15-70753-JAD
Barry R. Smith                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: aala              Page 1 of 1              Date Rcvd: Jun 09, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db             +Barry R. Smith,    19019 Route 286 HWY E PO Box 104,    Hillsdale, PA 15746-0104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
       bkgroup@kmllawgroup.com
      Michael N. Vaporis    on behalf of Debtor Barry R. Smith mvaporis@comcast.net,
       jlcerovich@comcast.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Debtor Barry R. Smith pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
       rive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 6